UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 16-CV-21011-SEITZ/TURNOFF

AT LAW AND IN ADMIRALTY

JOHN DICZOK,

    Plaintiff,

v.

CELEBRITY CRUISES, INC,

    Defendant.
_____/

## PLAINTIFF'S UNOPPOSED MOTION FOR ORDER REGARDING DEFENDANT'S NOTICE OF COMPULSORY MEDICAL EXAMINATION OF PLAINTIFF

The Plaintiff, by and through her undersigned counsel hereby moves this Court for an Order Regarding Defendant's Notice of Compulsory Medical Examination of Plaintiff, and in support thereof states as follows:

1. On July 21, 2016, the Defendant served the Plaintiff with its Notice of Rule 35 Examination of Plaintiff which requests the Plaintiff to appear for Rule 35 Examination with Dr. Jerry Sher on October 17, 2016, at 9:00 a.m. A copy of the Defendant's Notice is attached hereto as **Exhibit A**.

2. The parties participated in a Rule 7.1 conference following the Defendant's service of its Notice of Rule 35 Examination of Plaintiff.

1

3. During their Rule 7.1 conference the parties agreed to a proposed order which will govern Defendant's Rule 35 Examination of Plaintiff. A copy of the parties agreed proposed order regarding Rule 35 Examination of Plaintiff is attached hereto as **Exhibit B**.

4. The parties respectfully request this Court to execute the attached Proposed Agreed Order Regarding Defendant's Notice of Compulsory Medical Examination of the Plaintiff.

## LOCAL RULE 7.1 CERTIFICATE OF GOOD-FAITH CONFERENCE

The undersigned has conferred with defense counsel Nicholas Applin. Mr. Applin has no objection to the relief requested herein, or to the parties' agreed proposed order regarding Rule 35 Examination of Plaintiff which is attached hereto as **Exhibit B.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 30, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

/s/ *Christopher B. Smith*
Christopher B. Smith, ESQ
FBN 0121925
csmith@hickeylawfirm.com
HICKEY LAW FIRM, P.A.
1401 Brickell Avenue
Miami, FL 33131-3504
Tel. (305) 371-8000
Fax (305) 371-3542
*Attorney for Plaintiff*

## SERVICE LIST
JOHN DICZOK v. CELEBRITY CRUISES, INC
United States District Court, Southern District of Florida
CASE NO.: 16-CV-21011-SEITZ/TURNOFF

| | |
|---|---|
| **John H. Hickey, Esq.** (FBN 305081) <br> hickey@hickeylawfirm.com <br> **Christopher B. Smith, Esq.** (FBN 0121925) <br> csmith@hickeylawfirm.com <br> **Hickey Law Firm, P.A.** <br> 1401 Brickell Avenue, Suite 510 <br> Miami, FL  33131 <br> Tel. (305) 371-8000 <br> Fax: (305) 371-3542 <br> *Attorneys for Plaintiff* | Nicholas A. Applin, Esq. (FBN: 92243) <br> CELEBRITY CRUISES INC. <br> Attorney for Defendant <br> 1080 Caribbean Way <br> Miami, Florida 33132 <br> Tel:   (305) 982-2046 <br> Alt.:  (305) 539-4457 <br> Fax:  (305) 539-6561 <br> Email: napplin@rccl.com |

# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 16-CV-21011-PAS

JOHN DICZOK,

    Plaintiff,

v.

CELEBRITY CRUISES, INC.

    Defendants.

_____/

**<u>DEFENDANT'S NOTICE OF COMPULSORY MEDICAL EXAMINATION</u>**

Defendant, CELEBRITY CRUISES INC. ("CCI") by and through undersigned counsel, and pursuant to Rule 1.360 of the Florida Rules of Civil Procedure hereby files this, its Notice of Compulsory Medical Examination of Plaintiff, JOHN DICZOK (hereinafter "Plaintiff"), and as grounds therefore, states as follows:

    1.    This is a maritime personal injury claim wherein Plaintiff alleges he/she is suffering from bodily injuries, pain and suffering.

    2.    Plaintiff's physical condition(s), if any, and the cause(s) thereof, is/are in controversy. Consequently, CCI, by and through this document hereby notices the Compulsory Independent Examination and Evaluation of Plaintiff.

    3.    An orthopedic examination of the Plaintiff has been scheduled with **Dr. Jerry Sher, Orthopaedic Specialist, 2260 NE 123 Street, Miami, FL 33181 (305) 674-5956 on October 17, 2016 at 9:00 a.m.**

    4.    Dr. Sher will conduct a complete orthopedic/physical examination including the

John Diczok v. Celebrity Cruises, Inc.
Case No. 16-CV-21011-PAS

taking of any x-rays reasonably necessary or the performance of any other tests which the nature of the injury or the results of the examination indicates are necessary to arrive at a complete diagnosis and/or opinion. The Plaintiff should not make any plans for the rest of the afternoon on that date.

5. Defendant, CELEBRITY CRUISES INC., further hereby requests copies of all similar and like reports of Plaintiff, should Plaintiff herein request a copy of the report to be prepared pursuant to the above referenced examinations.

6. Plaintiff will be responsible for any cancellation fee charged by the doctor if written notice of cancellation is not provided more than 48 hours (not inclusive of Saturday, Sunday or legal holidays) prior to the compulsory medical examination.

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that a true and correct copy of the foregoing was mailed via Email and U.S. Mail upon: Counsel for Plaintiff: John H. Hickey, Esq., Hickey@hickeylawfirm.com, Elizabeth L. Bryan, Esq., ebryan@hickeylawfirm.com, Hickey Law Firm, P.A., 1401 Brickell Avenue, Suite 510, Miami, Florida 33131-3504 on the **21st** day of **July, 2016.**

CELEBRITY CRUISES INC.
Attorney for Defendant
1080 Caribbean Way
Miami, Florida 33132
Tel: (305) 982-2046
Alt.: (305) 539-4457
Fax: (305) 539-6561
Email: napplin@rccl.com

By: *s/Nicholas A. Applin*
NICHOLAS A. APPLIN
Fla. Bar No.: 92243

Exhibit B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 16-CV-21011-SEITZ/TURNOFF

AT LAW AND IN ADMIRALTY

JOHN DICZOK,

    Plaintiff,

v.

CELEBRITY CRUISES, INC.

    Defendant.
_____/

### AGREED ORDER REGARDING DEFENDANT'S NOTICE OF COMPULSORY MEDICAL EXAMINATION

THIS CAUSE came before the Court on the Plaintiff's Notice of Filing the Parties' Proposed Agreed Order Regarding Defendant's Notice of Compulsory Medical Examination of the Plaintiff, it is hereby ORDERED AND ADJUDGED as follows:

1. Plaintiff shall appear for a Compulsory Medical Examination with Jerry Sher, M.D., 2260 N.E. 123rd Street, Miami Beach, Florida 33181, on Monday, October 17, 2016 at 9:00 AM, for physical evaluation.

2. Plaintiff is not required to disrobe completely for the examination, but he may be requested to wear a hospital gown.

3. Plaintiff shall not be asked to affirm, confirm, or verify any dictation made by or on behalf of the examining doctor. The Plaintiff shall not be asked to sign or complete forms presented by the examining doctor or his office. The examining doctor may inquire about the nature and extent of Plaintiff's injuries, including inquiry about how Plaintiff's injury

1

occurred, the course of treatment for that injury, and the Plaintiff's medical history. But the examining doctor shall not ask questions beyond what is reasonably necessary to formulate his opinions in this case.

4. The examining doctor shall not be identified as "independent," "court-appointed, or the like.
5. The examining doctor may not conduct invasive testing requiring injections or inflicting pain, but may conduct X-rays if reasonably necessary to his examination.
6. There will be no videotaping of the examination by either party.
7. These conditions apply to the examination as currently set for the date and time stated above or such other date and time as reasonably reset.
8. Defendant's counsel is responsible for notifying the examining doctor of the terms of this Order.

**DONE AND ORDERED** in Chambers, Miami, Florida, this ____ day of _____ 2016.

                                        HONORABLE PATRICIA SEITZ
                                        UNITED STATES DISTRICT JUDGE

Copies furnished to:
All counsel of record