UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-CV-21011-SEITZ/TURNOFF

JOHN DICZOK,

    Plaintiff,

v.

CELEBRITY CRUISES, INC.

    Defendant.
_____/

**AGREED ORDER REGARDING DEFENDANT'S
COMPULSORY MEDICAL EXAMINATION OF PLAINTIFF**

**THIS CAUSE** came before the Court on the parties' Unopposed Motion for Protective Order Regarding Defendant's Notice of Compulsory Medical Examination of Plaintiff (**ECF No. 27**). Upon review of the Motion, the court file, and being otherwise duly advised in the premises, it is hereby **ORDERED AND ADJUDGED** that the Motion is **GRANTED** as follows:

    1.    Plaintiff shall appear for a Compulsory Medical Examination with Jerry Sher, M.D., 2260 N.E. 123rd Street, Miami Beach, Florida 33181, on Monday, October 17, 2016 at 9:00 AM, for physical evaluation.

    2.    Plaintiff is not required to disrobe completely for the examination, but he may be requested to wear a hospital gown.

    3.    Plaintiff shall not be asked to affirm, confirm, or verify any dictation made by or on behalf of the examining doctor. Plaintiff shall not be asked to sign or complete forms presented by the examining doctor or his office. The examining doctor may inquire about the nature and extent of Plaintiff's injuries, including inquiry about how Plaintiff's injury occurred,

the course of treatment for that injury, and Plaintiff's medical history. But the examining doctor shall not ask questions beyond what is reasonably necessary to formulate his opinions in this case.

4. The examining doctor shall not be identified as "independent," "court-appointed," or the like.

5. The examining doctor may not conduct invasive testing requiring injections or inflicting pain, but may conduct X-rays if reasonably necessary to his examination.

6. There will be no videotaping of the examination by either party.

7. These conditions apply to the examination as currently set for the date and time stated above or such other date and time as is reasonably reset.

8. Defendant's counsel is responsible for notifying the examining doctor of the terms of this Order.

**DONE AND ORDERED** in Chambers at Miami, Florida, this ___ day of October 2016.

WILLIAM C. TURNOFF
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Hon. Patricia A. Seitz
All counsel of record

2